■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RANDY BENDERS, Appellant. [647 NYS2d 88] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (O'Dwyer, J.), rendered November 3, 1994, convicting him of criminal possession of stolen property in the third degree and possession of burglar's tools, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, resolution of issues of credibility as well as the weight to be accorded to the evidence presented, are primarily questions to be determined by the jury, which saw and heard the witnesses *(see, People v Gaimari,* 176 NY 84). Its determination should be accorded great weight on appeal and should not be disturbed unless clearly unsupported by the record *(see, People v Garafolo,* 44 AD2d 86). Upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence *(see,* CPL 470.15 [5]). O'Brien, J. P., Thompson, Altman and Krausman, JJ., concur.